$3,700.COS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| $3,700.00 UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |

I, KARON V. JOHNSON, Assistant U.S. Attorney for the Districts of Guam and the NMI, hereby certify that on the 28th day of December, 2005, I caused to be served by hand-delivery, a copy of the following documents in the above-referenced case: **Verified Complaint of Forfeiture**, **Warrant of Arrest in Rem**, and **Notice of Arrest**, to the attorney of record for Pi-Ju WU as follows: John T. Gorman, Federal Public Defender, First Hawaiian Bank Bldg., 400 Rt. 8, Suite 501, Mongmong, Guam 96910.

DATED: 12/27/05

KARON V. JOHNSON
Assistant U.S. Attorney

ORIGINAL