# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| United States of America, | Case No. 1:05-cv-00040 |
| Plaintiff, | |
| vs. | |
| $3,700.00 United States Currency, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed February 2, 2006 on the date indicated below:

Karon V. Johnson
February 2, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed February 2, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 2, 2006              /s/ Virginia T. Kilgore
                                         Deputy Clerk