$3,700.MDF

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 05-00040 |
| Plaintiff, | |
| vs. | **MOTION FOR DEFAULT JUDGMENT AND ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE AND MEMORANDUM OF LAW** |
| $3,700.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

COMES NOW the plaintiff United States of America, by and through its attorneys, Leonardo M. Rapadas, United States Attorney, and Karon V. Johnson, Assistant United States Attorney, and hereby moves this Honorable Court for an Order granting to the United States a default judgment in this case, and issuing a Order of Preliminary Forfeiture based on the claimant's failure to file an answer, as further set forth below.

1. The United States initiated a judicial proceeding to effect the forfeiture of this res; the Verified Complaint of Forfeiture was filed on December 27, 2005.

2. A copy of the Verified Complaint of Forfeiture and Warrant for Arrest was served by

-1-

hand delivery service, on December 28, 2005, to defendant's attorney, John F. Gorman.

3. The United States contacted Marilyn Alcon, Deputy Clerk, for the U.S. District Court of Guam, for verification of any filings by defendant or its attorney, John F. Gorman. As of today, defendant nor its attorney has filed any form of response to plaintiff's complaint. A copy of the court's docket sheet is attached as Exhibit "A".

## MEMORANDUM OF LAW

The Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C(6), provides that the claimant shall file a claim within 10 days after process has been executed or within such additional time as may be allowed by the court, and shall serve an answer within 20 days after the filing of the claim.

18 United States Code, § 983(a)(4), however, is in conflict with Rule C(6), in that it provides as follows:

> (4)(A) In any case in which the Government files in the appropriate United States district court a complaint for forfeiture of property, any person claiming an interest in the seized property may file a claim asserting such person's interest in the property in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims, except that such claim may be filed not later than 30 days after the date of service of the Government's complaint, or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint.
>
> (4)(B) A person asserting an interest in seized property, in accordance with subparagraph (a), shall file an answer to the Government's complaint for forfeiture not later than 20 days after the date of the filing of the claim.

Regardless of which rule obtains, it has been approximately 42 days since defendant's counsel, Attorney Matthew Smith received the government's Verified Complaint of Forfeiture. The failure to file a claim in response to the government's complaint means that claimant lacks statutory standing. United States v. Lido Motel, 135 F.3d 1312 (9th Cir. 1998). The failure to file a timely answer likewise deprives the claimant of statutory standing. United States v. Commodity Account No. 54954930 at Saul Stone & Co., 219 F.3d 595 (7th Cir. 2000).

Federal Rule of Civil Procedure 55 provides that the court may enter an order of default when the party against whom relief is sought has failed to plead or otherwise defend the action as

-2-

provided by law. Defendant's counsel has had ample opportunity to respond to the Verified Complaint of Forfeiture and has failed to do so.

## PRAYER FOR A DEFAULT JUDGMENT

**WHEREFORE**, the United States of America prays that this Honorable Court issue a default judgment against defendant, $3,700.00 in United States Currency and an Order of Preliminary Forfeiture, forfeiting to the United States of America the defendant $3,700.00 in United States Currency and disposing of it in accordance with the law.

RESPECTFULLY SUBMITTED this 31st day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

# Docket Activity Report

## Civil/Criminal CM/ECF System -- District Court of Guam

### Report Filed Period: 1/1/2005 - 2/2/2006

| Case Number/Title | Dates | Category/Event | Docketed by | Notes |
|---|---|---|---|---|
| 1:05-cv-00040 United States of America v. $3,700.00 United States Currency | *Entered:* 12/27/2005 16:38:00 *Filed:* 12/27/2005 | *Category:* cmp *Document:* 1 | sai *Type:* crt | *Cause:* 08:1324 Aliens: Complaint for Forfeiture *NOS:* Forfeit/Penalty: Other *Office:* Hagatna *Presider:* Unassigned *Jury demand:* None |
| | rows below || | |

Verified Complaint of Forfeiture filed by United States of America against $3,700.00 United States Currency. (Attachments: # 1 Cover Sheet)(sai, )

| | *Entered:* 12/28/2005 13:36:42 *Filed:* 12/28/2005 | *Category:* service *Document:* 2 | rmm *Type:* crt | |

Certificate of Service filed by United States of America re 1 Verified Complaint, Warrant of Arrest, and Notice of Arrest (rmm, )

| | *Entered:* 12/29/2005 10:51:05 *Filed:* 12/28/2005 | *Category:* order | rmm *Type:* crt | |

Warrant of Arrest In Rem Issued - U.S. Marshal Service (rmm, )

| | *Entered:* 12/29/2005 10:52:14 *Filed:* 12/28/2005 | *Category:* notice *Document:* 3 | rmm *Type:* crt | |

Notice of Arrest filed by United States of America (rmm, )

| Selection Criteria ||
|---|---|
| Case Number | 05-00040 |
| Office | All |

Exhibit "A"

| Case Type | All |
|---|---|
| Case Flags | All |
| Open Cases | Yes |
| Closed Cases | No |
| Category (Doc Type) | All |
| Sort by | case number |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/02/2006 13:42:26 | | | |
| PACER Login: | us5035 | Client Code: | |
| Description: | Docket Activity Report | Search Criteria: | 1:05-cv-00040 Filed between: 1/1/2005 and: 2/2/2006 |
| Billable Pages: | 1 | Cost: | 0.08 |