$3,700.REQ

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 05-00040 |
| Plaintiff, | |
| vs. | **REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |
| $3,700.00 UNITED STATES CURRENCY, | |
| Defendant. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM:

Plaintiff, United States of America, hereby requests entry of default and default judgment by the Clerk against Defendant, $3,700.00 United States Currency. John T. Gorman, attorney of record for Pi-Ju Wu, claimant to defendant $3,700.00 United States Currency, has failed to answer or plead or otherwise appear in the above-entitled action within the time required by law.

\\

\\

-1-

Based upon plaintiff's motion for default judgment filed on February 3, 2006, please enter the default of defendant in this case. This request is made in accordance with Rules 55(a) and (b)(1) of the Federal Rules of Civil Procedure.

DATED: 2/3/06, at Hagåtña, Guam.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney