$3,700.DEC

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$3,700.00 UNITED STATES CURRENCY,<br><br>Defendant. | CIVIL CASE NO. 05-00040<br><br>DECLARATION OF<br>KARON V. JOHNSON |

### DECLARATION OF KARON V. JOHNSON

I, KARON V. JOHNSON, declare that:

1. I am the Assistant U.S. Attorney who represents plaintiff in this action.

2. Defendant, $3,700.00 in United States Currency was seized from the person of Pi-Ju WU, upon her arrest for alien smuggling on August 8, 2005.

3. The defendant, $3,700.00 in United States Currency constitutes proceeds traceable to a violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and is, therefore, subject to forfeiture to the United States pursuant to Title 8, United States Code, § 1324(b).

3. According to available records and my best information and belief, the defendant, nor the person Pi-Ju WU, is not an infant or incompetent person and is not in the military service of

-1-

1 the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as
2 amended, or otherwise entitled to the benefits of said Act.

3     4. A copy of the Verified Complaint, Warrant of Arrest and Notice of Arrest was served
4 by hand-delivery service, on December 28, 2005, to the attorney of record for Pi-Ju WU, John F.
5 Gorman. See attachment "A", Certificate of Service.

6     5. Pi-Ju Wu, through her attorney of record, John T. Gorman, has failed to appear or file
7 an answer within the time required by law.

8     6. The default of defendant herein and judgment against the sum of $3,700.00 United
9 States Currency as prayed for in the complaint should be entered.

10     I declare under penalty of perjury that the foregoing is true and correct to the best of my
11 knowledge.

12     Executed: _____2/7/06_____, at Hagåtña, Guam.

KARON V. JOHNSON
Assistant U.S. Attorney

| | |
|---|---|
| 1 | $3,700.COS |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortes |
| 5 | Hagåtña, Guam 96910<br>PHONE: (671) 472-7332 |
| 6 | FAX: (671) 472-7334 |

**FILED**
DISTRICT COURT OF GUAM
DEC 28 2005
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
DEC 28 2005
FEDERAL PUBLIC DEFENDER
DISTRICT OF GUAM

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 05-00040 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| $3,700.00 UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

I, KARON V. JOHNSON, Assistant U.S. Attorney for the Districts of Guam and the NMI, hereby certify that on the 28th day of December, 2005, I caused to be served by hand-delivery, a copy of the following documents in the above-referenced case: **Verified Complaint of Forfeiture, Warrant of Arrest in Rem,** and **Notice of Arrest**, to the attorney of record for Pi-Ju WU as follows: John T. Gorman, Federal Public Defender, First Hawaiian Bank Bldg., 400 Rt. 8, Suite 501, Mongmong, Guam 96910.

DATED: 12/27/05

*/s/ Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

ENTERED