$3,700.WAR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

RECEIVED
DEC 2 2005
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 05-00040 |
| Plaintiff, | |
| vs. | **WARRANT OF ARREST IN REM** |
| $3,700.00 UNITED STATES CURRENCY, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF GUAM AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS,** a verified complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

**NOW, THEREFORE,** we do hereby command that you seize the property, which is described as $3,700.00 UNITED STATES CURRENCY, until further order of the Court respecting the same.

All persons claiming an interest in said property must file their claims, pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within thirty (30) days after the date of service of the Government's complaint or after the execution of the warrant or

-1-

actual notice of this action, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of the complaint, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the District of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

YOU ARE FURTHER COMMANDED to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED this 28th day of December, 2005.

MARY L.M. MORAN
Clerk of the Court

By: Renee M. Martinez
Deputy Clerk

Warrant served by Patricia Goldsmith ((BP) for Bruce Yoshiwaka, Acting FP&F Officer in Honolulu, HI on 1/31/06 @ 1430 HRS.

Special Agent
Timothy Los Conway

RECEIVED
DEC 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil Case No. 05-00040 |
|---|---|
| DEFENDANT<br>$3,700.00 in U.S. Currency | TYPE OF PROCESS<br>Defendant Property |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Customs and Border Protection |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>Honolulu, Hawaii |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>KARON V. JOHNSON, AUSA<br>Sirena Plaza, Ste. 500<br>108 Hernan Cortez Ave.<br>Hagatna, Guam 96910 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE. | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please arrest defendant property as soon as possible, and return completed form.
FP&F#2005321000003901

| Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NO.<br>(671) 472-7332 | DATE<br>1/20/06 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: 01/23/06

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. 3210 | District to Serve No. 3201 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE<br>1/31/06 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:<br>Bruce Yoshinaka, Acting FP&F Officer | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>1/31/06 | TIME OF SERVICE<br>2:30 | [ ] AM<br>[X] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

**REMARKS:**

The property has been arrested and is on deposit at the National Finance Center.

TD F 90-22.48 (6/96)

**ORIGINAL**