$3,700.ENT

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | **ENTRY OF DEFAULT** |
| $3,700.00 UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

In this cause, Pi-Ju WU claimant to defendant $3,700.00 United States Currency, having been regularly served with process, as appears from the record and papers on file herein, and having failed to answer the Plaintiff's complaint or otherwise appear, and the time for answering having expires;

NOW, on application of Karon V. Johnson, attorney for Plaintiff, the default of defendant $3,700.00 United States Currency is hereby entered herein according to law.

DATED: FEB 2 2 2006, at Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: _____
Deputy Clerk

ORIGINAL