$3,700.PRE

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 27 2006⁹ᵖ
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 05-00040 |
| Plaintiff, | ) | |
| vs. | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| $3,700.00 UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

WHEREAS, the United States sought forfeiture of specific property of the above-named defendant pursuant to Title 18, United States Code, §§ 981(a)(1)(C), 1956(c)(7), 1961(1)(F) and Title 8, United States Code, § 1324(b), for the forfeiture of United States Currency, which constitutes proceeds traceable to a violation of Title 8, United States Code, § 1324(A)(2)(B)(ii), Alien Smuggling for Commercial Advantage or Private Financial Gain, as charged in said Complaint for Forfeiture or as property used or intended to be used to facilitate said violations;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That $3,700.00 in United States Currency is forfeited to the United States of America pursuant to Title 18, United States Code, §§ 981(a)(1)(C), 1956(c)(7), 1961(1)(F) and Title 8,

United States Code, § 1324(b) for disposition in accordance with the law.

   2. That all of the aforementioned forfeited property is to be held by the United States Marshals Service, in their secure custody and control.

   3. That pursuant to Title 21, United States Code, § 853(n)(1), the United States Marshal forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

\\
\\
\\
\\
\\
\\
\\

-2-

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, § 853(h), in which all interests will be addressed.

**SO ORDERED** this _27th_ day of February, 2006.

_____
~~LARRY ALAN BURNS~~
Designated Judge
District Court of Guam
**FRANCES TYDINGCO-GATEWOOD**

Presented By:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney



RECEIVED
FEB - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-

Case 1:05-cv-00040   Document 11   Filed 02/27/2006   Page 3 of 3