1  $3,700.DEF

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | **DEFAULT JUDGMENT** |
| $3,700.00 IN UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |

DEFAULT JUDGMENT

**WHEREAS**, the United States initiated a judicial proceeding to effect the forfeiture of this res; a Verified Complaint of Forfeiture was filed on December 27, 2005;

**WHEREAS**, on December 28, 2005, the United States Attorney's Office served, by hand delivery service, a copy of the Verified Complaint of Forfeiture, Warrant of Arrest in Rem, and Notice of Arrest on defendant's counsel, John T. Gorman, Federal Public Defender. A Certificate of Service was filed on December 28, 2005;

**AND WHEREAS**, defendant $3,700.00 in United States Currency through it's Attorney, John F. Gorman, has failed to file a claim as provided by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C(6) and 18 United States Code, § 983(a)(4) or an answer

-1-

as provided by the same rules and statute, in a timely matter as provided therein;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff, United States of America, and defendant $3,700.00 in United States Currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

**SO ORDERED** this 27th day of February, 2006.

_____
FRANCES TYDINGCO-GATEWOOD,
Designated Judge

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant United States Attorney

-2-