# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> $3,700.00 United States Currency, <br><br> Defendant. | Case No. 1:05-cv-00040 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Final Order of Forfeiture filed on July 24, 2006, on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | U.S. Marshals Service |
|---|---|---|
| July 24, 2006 | July 25, 2006 | July 26, 2006 <br> (*3 certified copies*) |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Final Order of Forfeiture filed on July 24, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 26, 2006  /s/ Virginia T. Kilgore
  Deputy Clerk