$3,700.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 23 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | **AMENDED FINAL ORDER OF FORFEITURE** |
| $3,700.00 UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

**WHEREAS**, on February 27, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting the defendant $3,700.00 United States Currency to the United States of America;

**AND WHEREAS**, on May 26, 2006, June 2, 2006 and June 9, 2006, the United States published in two newspapers of general circulation, to wit: Marianas Variety Newspaper and Honolulu Star Bulletin, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

\\

-1-

**ORIGINAL**

1  AND WHEREAS, the Court has been advised that no such petitions have been filed.

2  Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the Fines, Penalties and Forfeitures Office shall forthwith seize the forfeited property and dispose of it in accordance with the law;

It is further **ORDERED, ADJUDGED and DECREED**:

That pursuant to Title 21, United States Code, Section 853(n), that the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**a) Three Thousand Seven Hundred Dollars ($3,700.00) United States Currency.**

That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the Fines, Penalties and Forfeiture Office management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the Fines, Penalties and Forfeitures Office into the Department of the Treasury Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the Fines, Penalties and Forfeitures Office, U.S. Customs and Border Protection, 300 Ala Moana Blvd., Room 2-267, Honolulu, Hawaii 96850.

DATED this 23rd day of August, 2006.

_____
RONALD B. LEIGHTON
Designated District Judge



RECEIVED
AUG 1 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM