# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>$3,700.00 United States Currency,<br><br>        Defendant. | Case No. 1:05-cv-00040<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Amended Final Order of Forfeiture and Notice of Entry filed on August 23, 2006 on the dates indicated below:

| | |
|---|---|
| U.S. Attorney's Office | Federal Public Defender |
| August 24, 2006 | August 24, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Amended Final Order of Forfeiture and Notice of Entry

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 24, 2006                                            /s/ Virginia T. Kilgore
                                                                                          Deputy Clerk